474

Robert R. PETERS, Petitioner,

v.

PEOPLE of the State of New Mexico et al., Respondents.

No. 6894.

Supreme Court of New Mexico.

Dec. 8, 1960.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied for the reason that the petition does not allege sufficient fact to warrant issuance of a writ of habeas corpus.

Further ordered that the motion for leave to sue be and the same is hereby denied.

Archie CRABB, Petitioner,

v.

Harold A. COX, Warden of the Penitentiary of New Mexico, Respondent.

No. 6891.

Supreme Court of New Mexico.

Dec. 6, 1960.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason that no ground for the issuance of said writ are stated in the petition.